**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation, <br><br>   Plaintiffs, <br><br> v. <br><br>FCA US LLC, a Delaware corporation, and FCA REALTY LLC, a Delaware limited liability corporation, f/k/a CHRYSLER GROUP REALTY COMPANY LLC, <br><br>   Defendants. | Case No. 1:16-cv-00403-VMK-SMF |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Monday March 28, 2016 at 9:00 AM, Defendants FCA US LLC and FCA Realty LLC, by their counsel, shall appear before the Honorable Virginia M. Kendall in Courtroom 2319 of the Northern District of Illinois, Eastern Division, United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, 60604, to present **Defendants' Uncontested Motion for Leave to File a Brief in Excess of Fifteen Pages**.

March 10, 2016                                                                                    Respectfully submitted,


                                                                                                         /s/ Owen H. Smith

                                                                                                         *Of Counsel*:
                                                                                                         Robert D. Cultice
                                                                                                         Caitlin W. Monahan
                                                                                                         WILMER CUTLER PICKERING HALE AND DORR LLP
                                                                                                         60 State Street
                                                                                                         Boston, MA 02109
                                                                                                         (617) 526-6000
                                                                                                         robert.cultice@wilmerhale.com
                                                                                                         caitlin.monahan@wilmerhale.com
                                                                                                         *Admitted Pro Hac Vice*

                                                                                                         Randall Lee Oyler
                                                                                                         Owen H. Smith
                                                                                                         Brandon C. Prosansky
                                                                                                         BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
                                                                                                         200 West Madison Street
                                                                                                         Suite 3900
                                                                                                         Chicago, IL 60606
                                                                                                         (318) 984-3100
                                                                                                         randalloyler@bfkn.com
                                                                                                         owen.smith@bfkn.com
                                                                                                         brandon.prosansky@bfkn.com

                                                                                                         ***Attorneys for Defendants.***

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be served upon counsel for Plaintiffs electronically via the CM/ECF system on March 10, 2016.

                                                      /s/ Owen H. Smith