# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC., et al., | |
| Plaintiff(s), | Case No.: 1:16-cv-00403 |
| v. | Judge Virginia M. Kendall |
| FCA US, LLC, et al., | |
| Defendant(s). | |

## THOMAS M. WILLIAMS' MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFFS

Thomas M. Williams, pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, respectfully requests leave to withdraw as local counsel for all Plaintiffs and, in support, states as follows:

1. Mr. Williams filed an appearance in this case on January 19, 2016 on behalf of all Plaintiffs as local counsel. *See* Dkt. #7.

2. On January 29, 2016, lawyers from the law firm of Freeborn & Peters of Chicago, Illinois entered appearances as counsel on behalf of all Plaintiffs. *See* Dkt. #14 - #18.

3. In an email dated March 9, 2016, Mr. Les Stracher, acting on Plaintiffs' behalf, provided Plaintiffs' consent to Mr. Williams' request to withdraw as local counsel for Plaintiffs.

4. Plaintiffs have counsel and no longer require Mr. Williams' participation in this case.

WHEREFORE, Mr. Williams respectfully requests this Court to grant Thomas M. Williams' Motion for Leave to Withdraw as Local Counsel for Plaintiffs. A proposed order is submitted herewith.

2

Date: March 17, 2016                    By: /s/ Thomas M. Williams

                                                    Thomas M. Williams (ARDC 6238371)
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
E-mail: twilliams@ulmer.com
Phone: (312) 658-6556
Fax: (312) 658-6557

## CERTIFICATE OF SERVICE

    I hereby certify that **THOMAS M. WILLIAMS' MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFFS**, filed through the CM/ECF system, will be served upon counsel for Defendants electronically via the CM/ECF system on March 17, 2016.

    /s/ Thomas M. Williams

CHI2009 1931689v1
40454.00002