# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC., et al., <br><br> Plaintiff(s), <br> v. <br><br> FCA US, LLC, et al., <br><br> Defendant(s). | Case No. 1:16-cv-00403 <br><br> Judge Virginia M. Kendall |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **April 5, 2016 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, Plaintiffs shall appear before the Honorable Virginia M. Kendall or any judge sitting in her stead in **Courtroom 2319** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **THOMAS M. WILLIAMS' MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFFS**.

Dated: March 17, 2016

Respectfully submitted:

/s/ Thomas M. Williams
*One of the Attorneys for Plaintiff,*
*Napleton's Arlington Heights Motors, Inc., et al.*

Thomas M. Williams (ARDC 6238371)
Ulmer & Berne LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
Tel: (312) 658-6556
Fax: (312) 658-6557
Email: twilliams@ulmer.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this **NOTICE OF THOMAS M. WILLIAMS' MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFFS**, filed through the CM/ECF system, will be served upon counsel for Defendants electronically via the CM/ECF system on March 17, 2016.

      /s/ Thomas M. Williams

CHI2009 1932470v1
40454.00002