# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                             Plaintiff,

v.                                       Case No.: 1:16−cv−00403

                                       Honorable Virginia M. Kendall

FCA US LLC, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 28, 2016:

       MINUTE entry before the Honorable Virginia M. Kendall: Status and motion hearings held. Parties reported to the court that they have exchanged Rule 26(a)(1) disclosures. For the reasons stated in open court, Attorney Thomas M. Williams' motion to withdraw as counsel for Defendants' [35] is granted. Attorney Williams is hereby withdrawn as counsel for Defendants. Also for the reasons stated in open court, Defendants' motion to stay discovery [39] is held in abeyance. Plaintiffs have until April 11, 2016, to file a response to Defendants' motion to stay discovery, and Defendants have until April 18, 2016, to file their reply thereto. Defendants' motion to dismiss [41] is entered and continued. Plaintiffs' have until April 25, 2016, to file a response to the motion. Plaintiffs' oral motion for leave to file a response in excess of 15 pages to Defendants' motion dismiss is granted. Plaintiffs are granted leave to file a 25−page response. Defendants have until May 9, 2016, to file their response thereto. An oral argument hearing is scheduled for May 6, 2016, at 11:00 a.m. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.