# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FCA US, LLC, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 1:16-cv-0403<br><br>Hon. Virginia M. Kendall |

## NOTICE OF MOTION

TO: Counsel of Record

**PLEASE TAKE NOTICE** that on **Tuesday, October 4, 2016 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the **Honorable Virginia M. Kendall**, or any Judge sitting in her stead, in **Courtroom 2319** of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and will then and there present **Plaintiffs' Motion To Lift Stay Of Discovery**, a copy of which was filed electronically and is available on the Court's docket.

Dated: September 29, 2016

Respectfully submitted,

The Napleton Plaintiffs

By: /s/ David C. Gustman

David C. Gustman
Jeffery M. Cross
Alexander Vesselinovitch
Dylan Smith
David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dgustman@freeborn.com
jcross@freeborn.com
avesselinovitch@freeborn.com
dsmith@freeborn.com
dogles@freeborn.com

Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
toml@hbsslaw.com

- 3 -

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that this document filed through the CM/ECF system was served upon counsel for Defendants electronically through the CM/ECF system on September 29, 2016.


      By: /s/ David J. Ogles

      David J. Ogles
      FREEBORN & PETERS LLP
      311 S. Wacker Drive, Suite 3000
      Chicago, IL 60606
      (312) 360-6000
      dogles@freeborn.com