**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation, | Case No. 1:16-cv-00403-VMK-SMF |
| Plaintiffs, | |
| v. | |
| FCA US LLC, a Delaware corporation, | |
| Defendant. | |

**PLAINTIFFS' MOTION TO WITHDRAW APPEARANCES OF**
**LEONARD BELLAVIA, STEVEN BLATT, AND KEVIN HYDE**

The above-captioned plaintiffs (collectively, "Plaintiffs") for their Motion To Withdraw

Appearances of Leonard Bellavia, Steven Blatt, and Kevin Hyde, hereby state as follows:

1.      Leonard Bellavia, Steven Blatt, and Kevin Hyde are three of the eleven counsel of record for the Plaintiffs in the above captioned action.

2.      At or around the time this action was commenced, Leonard Bellavia, Steven Blatt, and Kevin Hyde served as counsel for the Plaintiffs with respect to this matter.

3.      Leonard Bellavia, Steven Blatt, and Kevin Hyde are not lead counsel in this matter and wish to withdraw their appearances as counsel of record.

4.      Plaintiffs will continue to be represented in this matter by Steve W. Berman, Jeannie Y. Evans, and Thomas E. Loeser of the law firm Hagens, Berman, Sobol & Shapiro LLP, and by David C. Gustman, Jill C. Anderson, Jeffery M. Cross, Dylan Smith, Alexander Vesselinovitch, and David J. Ogles of the law firm Freeborn & Peters LLP.  Plaint

5.      Therefore, Plaintiffs respectfully request that this Honorable Court grant this Motion for leave to withdraw Leonard Bellavia, Steven Blatt, and Kevin Hyde as counsel of record for the Plaintiffs in the above captioned action and terminate the delivery of CM/ECF Notices to said individuals.

## CONCLUSION

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court grant their Motion to Withdraw the Appearance of Leonard Bellavia, Steven Blatt, and Kevin Hyde and award such other relief as this Court deems just and appropriate.

*[Remainder of page left intentionally blank.]*

Dated:  December 2, 2016

Respectfully submitted,

The Napleton Plaintiffs


By: /s/ Leonard A. Bellavia
By: /s/ Steven H. Blatt

Bellavia Blatt & Crossett, P.C.
200 Old Country Road, Suite 400
Mineola, NY 11501
(516) 873-3000

By: /s/ Kevin M. Hyde

One of their attorneys

By: /s/ David C. Gustman

David C. Gustman
Jill C. Anderson
Jeffery M. Cross
Alexander Vesselinovitch
Dylan Smith
David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dgustman@freeborn.com
jcross@freeborn.com
avesselinovitch@freeborn.com
dsmith@freeborn.com
dogles@freeborn.com

Steve W. Berman
Jeannie Y. Evans
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
jeannie@hbsslaw.com
toml@hbsslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document filed through the CM/ECF system was served upon counsel for Defendants electronically through the CM/ECF system on December 2, 2016.

By: /s/ David J. Ogles

David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dogles@freeborn.com

4