## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>FCA US LLC, a Delaware corporation,<br><br>     Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

## NOTICE OF MOTION

TO:    Counsel of Record

    **PLEASE TAKE NOTICE** that on **Thursday, December 8, 2016 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the **Honorable Virginia M.**

**Kendall**, or any Judge sitting in her stead, in **Courtroom 2319** of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and will then and there present **Plaintiffs' Motion To Withdraw Appearances Of Leonard Bellavia, Steven Blatt, and Kevin Hyde,** a copy of which was filed electronically and is available on the Court's docket.

Dated:  December 2, 2016                                    Respectfully submitted,

                                                            The Napleton Plaintiffs

                                                            By:  /s/ David C. Gustman

                                                            David C. Gustman
                                                            Jill C. Anderson
                                                            Jeffery M. Cross
                                                            Dylan Smith
                                                            Alexander Vesselinovitch
                                                            David J. Ogles
                                                            FREEBORN & PETERS LLP
                                                            311 S. Wacker Drive, Suite 3000
                                                            Chicago, IL 60606
                                                            (312) 360-6000
                                                            dgustman@freeborn.com
                                                            janderson@freeborn.com
                                                            jcross@freeborn.com
                                                            avesselinovitch@freeborn.com
                                                            dsmith@freeborn.com
                                                            dogles@freeborn.com


                                                            Steve W. Berman
                                                            Jeannie Y. Evans
                                                            Thomas E. Loeser
                                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                                            1918 8th Avenue
                                                            Suite 3300
                                                            Seattle, WA 98101
                                                            (206) 623-7292
                                                            steve@hbsslaw.com
                                                            Jeannie@hbsslaw.com
                                                            toml@hbsslaw.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document filed through the CM/ECF system was served upon counsel for Defendants electronically through the CM/ECF system on December 2, 2016.


By: /s/ David J. Ogles

David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dogles@freeborn.com