IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:16-cv-0403 ) ) Hon. Virginia M. Kendall |
| FCA US, LLC, *et al.*, | ) ) |
| Defendants. | ) |

## AMENDED NOTICE OF MOTION

TO:    Counsel of Record

**PLEASE TAKE NOTICE** that on **Wednesday, January 11, 2017 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the **Honorable Virginia M. Kendall**, or any Judge sitting in her stead, in **Courtroom 2319** of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and will then and there present **Plaintiffs' Motion to Compel Defendant's Responses to Discovery Requests,** a copy of which was filed electronically on January 5, 2017 and is available on the Court's docket.

Dated: January 6, 2016

Respectfully submitted,

The Napleton Plaintiffs

By: /s/ David C. Gustman

David C. Gustman
Jill C. Anderson
Jeffery M. Cross
Dylan Smith
Alexander Vesselinovitch
David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dgustman@freeborn.com
janderson@freeborn.com
jcross@freeborn.com
avesselinovitch@freeborn.com

dsmith@freeborn.com
dogles@freeborn.com


Steve W. Berman
Jeannie Y. Evans
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
Jeannie@hbsslaw.com
toml@hbsslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document filed through the CM/ECF system was served upon counsel for Defendants electronically through the CM/ECF system on January 6, 2017.

By: /s/ David J. Ogles

David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dogles@freeborn.com