# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

|                          |                                   |
|--------------------------|-----------------------------------|
| Plaintiff,               |                                   |
| v.                       | Case No.: 1:16–cv–00403           |
|                          | Honorable Virginia M. Kendall     |
| FCA US LLC, et al.       |                                   |
| Defendant.               |                                   |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2017:

     MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 1/11/2017. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.