**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Napleton's Arlington Heights Motors, Inc., et al.

                              Plaintiff,

v.
                                                       Case No.:
                                                       1:16−cv−00403

                                                       Honorable Virginia
                                                       M. Kendall

FCA US LLC, et al.

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, February 3, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Status and motion hearing held on 2/2/17 and continued to 2/23/17 at 1:00 p.m. Defendants shall provide to Plaintiffs by 2/6/17 data sufficient to generate reports comparable to those attached as Exhibits D and E to Plaintiffs' Second Motion to Compel [81−4, 81−5] for the years 2011−2014, or certify to Plaintiffs, with a copy provided to the Court's Proposed Order email address (Proposed_Order_Finnegan@ilnd.uscourts.gov), that such data is inaccessible to Defendants. In the event that Defendants timely provide such data to Plaintiffs, the parties shall meet and confer regarding a revised definition of "Competing Dealer" in advance of the 2/23/17 status. Defendants shall provide to Plaintiffs by 2/9/17 a proposed list of search terms to be used to search for electronically stored information ("ESI") responsive to Plaintiffs' First and Second Sets of Requests for Production of Documents, and a proposed list of ESI custodians; and Plaintiffs shall serve any proposed revisions to Defendants' proposed lists of ESI search terms and ESI custodians by 2/14/17. Defendants shall file by 2/16/17 any supplement to their Opposition to Plaintiffs' Motion to Compel [74] stating their positions regarding the burden imposed by Plaintiffs' discovery requests and whether such requests are disproportionate to the needs of the case. To the extent that Defendants assert such an objection to any of Plaintiffs' discovery requests, they should also represent whether or not the materials sought by such requests have already been gathered in relation to an internal or government investigation. The parties may file a joint Status Report stating their agreements and disagreements regarding the foregoing issues by 2/21/17; no separate status reports or responses thereto may be filed.Mailed notice(sxw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.