UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                            Plaintiff,

v.                                          Case No.: 1:16−cv−00403

                                             Honorable Virginia M. Kendall

FCA US LLC, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 9, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Court understands from Plaintiffs' Motion to Compel [71], Defendants' Opposition thereto [74], and the exhibits related to those submissions, that Defendants have asserted work product and attorney−client privilege objections to Request No. 1 of Plaintiffs' First Set of Requests for Production of Documents and Request Nos. 6 and 7 of Plaintiffs' Second Set of Requests for Production of Documents. Defendants are allowed until 2/21/17 to file a supplement to the argument in their Opposition [74, at 13−14] regarding the basis for asserting such work product and privilege claims, such as supporting affidavits for the assertions that the investigations referenced in Requests Nos. 1 and 6 and documents related thereto, and any documents sought by Request No. 7, were conducted, collected, and/or generated by and/or at the direction of counsel in direct response to a threatened lawsuit. The affidavit(s) should also address whether (and how) FCA sought to maintain the confidentiality of such documents.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.