# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                        Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:16−cv−00403

　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

FCA US LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 27, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan:Status and motion hearing held and continued to 3/28/17, at 9:45 a.m. Rulings on Plaintiffs' First and Second Motions to Compel [71, 81], Defendant's Motion to Compel [79], and the issues raised in the parties' 2/21/17 Joint Status Report [93] are set forth in a separate Order of today's date entered herewith. All remaining disputed issues are reserved as stated in that Order.Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.