UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                                            Plaintiff,

v.                                                                   Case No.: 1:16−cv−00403

                                                                     Honorable Virginia M. Kendall

FCA US LLC, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: The Court has reviewed the parties' Joint Status Report filed 3/22/17 [99]. Given the indications in that Report that the parties have had insufficient time to meet and confer regarding (1) Plaintiffs' proposed definition of "Competing Dealer" for their non−data discovery requests and/or ESI searching, (2) Plaintiffs' proposed revisions to ESI search terms, and (3) Plaintiffs' request to add 8 additional ESI custodians, the status hearing previously scheduled in this case for 3/28/17 is rescheduled to 4/11/17 at 11:00 a.m. The parties may file a supplemental joint status report to inform the Court of any further agreement on these issues by 4/6/17. The Court urges the parties to exchange information sufficiently in advance of the filing of that supplemental joint status report to allow for meaningful discussion beforehand, in order to prevent further delay. No additional filings or submissions relating to these issues shall be allowed.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.