UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, a Delaware corporation, <br><br> Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

**AGREED MOTION TO EXTEND DISCOVERY CUT-OFF DATE**

The parties agree that the discovery cut-off of May 5, 2017 should be extended at least six months to enable them to develop their respective cases.

This Court lifted the stay of discovery on October 4, 2016. After this Court lifted the stay, the parties proceeded to engage in discovery. Both sides have outstanding discovery responses and continue to negotiate resolution of discovery issues. For this reason, both sides agree that a six month extension is warranted.

This Court entered a scheduling order on October 13, 2016 (Docket # 63). The parties would request that all of the dates in that order be extended accordingly as follows:

| Event | Old Date | New Date |
|---|---|---|
| End of Fact Discovery | May 5, 2017 | November 3, 2017 |
| End of Expert Discovery | July 28, 2017 | January 25, 2018 |
| Dispositive Motions | August 25, 2017 | February 22, 2018 |
| Replies to dispositive motions | September 22, 2017 | March 22, 2018 |
| Responses to dispositive motions | October 13, 2017 | April 12, 2018 |
| Motions in Limine | December 22, 2017 | June 21, 2018 |
| Jury Trial | January 15, 2018 | July 16, 2018 |

Counsel for Plaintiffs, Jeffery M. Cross, communicated with Caitlin Monahan, one of the counsel for Defendants, and she agreed with this joint request.

For the foregoing reasons, Plaintiffs respectfully request that this Court extend discovery until November 3, 2017 and adjust the other dates as set forth above.

Dated: March 30, 2017

Respectfully submitted,

The Napleton Plaintiffs

2

By: /s/ David C. Gustman

David C. Gustman
Jeffery M. Cross
Alexander Vesselinovitch
Dylan Smith
David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dgustman@freeborn.com
jcross@freeborn.com
avesselinovitch@freeborn.com
dsmith@freeborn.com
dogles@freeborn.com

Jeannie Y. Evans
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
(708) 628-4949
jeannie@hbsslaw.com

Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
jeannie@hbsslaw.com
toml@hbsslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused the foregoing Plaintiffs' Motion to Extend Discovery Cut-off on counsel of record via CM/ECF system March 30, 2017.

/s/ Jeffery M. Cross

3853670v1/30884-0003