IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware corporation,<br><br>Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

## NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that on Thursday, April 6, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Virginia M. Kendall, or

any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirsken Building, 219 South Dearborn Street, Chicago, Illinois, and will then and there present **Plaintiffs' Agreed Motion to Extend Discovery Cut-Off Date**, a copy of which was filed electronically and is available on the Court's docket.

Dated: March 30, 2017                                 Respectfully submitted,

The Napleton Plaintiffs

By: /s/ David C. Gustman

David C. Gustman
Jill C. Anderson
Jeffery M. Cross
Dylan Smith
Alexander Vesselinovitch
David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dgustman@freeborn.com
janderson@freeborn.com
jcross@freeborn.com
avesselinovitch@freeborn.com
dsmith@freeborn.com
dogles@freeborn.com


Jeannie Y. Evans
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
 (708) 628-4949
jeannie@hbsslaw.com

Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue
Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
Jeannie@hbsslaw.com
toml@hbsslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system was served upon counsel for Defendants electronically through the CM/ECF system on March 30, 2017.

By: /s/ Jeffery M. Cross

3856543v1