# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:16−cv−00403 |
| | Honorable Virginia M. Kendall |
| FCA US LLC, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 31, 2017:

        MINUTE entry before the Honorable Virginia M. Kendall. Parties' Agreed Motion to extend Discovery cut−off date [101] is granted. The Court grants the motion for extension but reminds the parties that further extensions will be unlikely due to the significant extension requested. End of Fact Discovery ordered closed by 11/3/2017. End of Expert Discovery ordered closed by 1/25/2018. Dispositive Motions with supporting memoranda due by 2/22/2018. Replies due by 3/22/2018. Responses due by 6/21/2018. Jury Trial reset for 7/16/2018 at 9:15 AM. Motion hearing set for 4/6/2017 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.