**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>FCA US LLC, a Delaware corporation,<br><br>      Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

**AGREED MOTION TO ADJOURN STATUS HEARING**

On March 23, 2017, the Honorable Sheila M. Finnegan scheduled a status hearing for April 11, 2017 at 11:00 a.m. Dkt. 100. Due to conflicts with preexisting professional commitments, counsel for Defendant FCA US LLC ("FCA") respectfully request an adjournment of the hearing until April 14, 2017, or some other date convenient to the Court. Counsel for FCA communicated with Jeannie Y. Evans, one of the counsel for Plaintiffs, who agreed to the request.

April 4, 2017                                               Respectfully submitted,


                                                                                                                                _/s/ Robert D. Cultice_____

*Of Counsel*:

Robert D. Cultice
Felicia H. Ellsworth
Caitlin W. Monahan
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
robert.cultice@wilmerhale.com
felicia.ellsworth@wilmerhale.com
caitlin.monahan@wilmerhale.com
*Admitted Pro Hac Vice*


Brandon C. Prosansky
Owen H. Smith
Randall L. Oyler
Katherine A. Neville
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(318) 984-3100
brandon.prosansky@bfkn.com

owen.smith@bfkn.com
randalloyler@bfkn.com
katie.neville@bfkn.com

***Attorneys for Defendants.***

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be served upon counsel for Plaintiffs electronically via the CM/ECF system on April 4, 2017.

/s/ *Robert D. Cultice*