# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                        Plaintiff,

v.                            Case No.: 1:16−cv−00403

                        Honorable Virginia M. Kendall

FCA US LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 14, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Status and motion hearing held on 4/14/2017. Telephone status hearing set on 4/21/2017 at 11:30 a.m. for ruling on remaining issues raised by Plaintiffs' first and second motions to compel [71, 81], the issues raised in the parties' Supplemental Joint Status Report [109], and any additional issues raised during today's hearing, subject to the Court issuing a written ruling beforehand (in which case the telephone status hearing will not be held). In the event the telephone status hearing is held, dial (877) 336−1831; Access code is 5995354, Press #. In Court status hearing set for 5/24/2017 at 11:00 a.m. in courtroom 2214.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.