UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

Plaintiff,

v.

Case No.: 1:16−cv−00403
Honorable Virginia M. Kendall

FCA US LLC, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 20, 2017:

MINUTE entry before the Honorable Sheila M. Finnegan: The telephone status hearing set on 4/21/2017 is cancelled and reset to 4/26/2017 at 3:30 p.m. Dial−in information remains the same. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.