## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                Plaintiff,

v.

FCA US LLC, et al.

                Defendant.

Case No.: 1:16−cv−00403
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 25, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Telephone status hearing set on 4/26/2017 is cancelled. The Court expects to issue a written Order on 4/26/2017 that rules on remaining issues raised by Plaintiffs' first and second motions to compel [71, 81], the issues raised in the parties' Supplemental Joint Status Report [109], and any additional issues raised during the 4/14/2017 hearing.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.