# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                Plaintiff,

v.                                       Case No.: 1:16−cv−00403

                                              Honorable Virginia M. Kendall

FCA US LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: In furtherance of the Court's 4/25/2017 Minute entry, the Court rules on the remaining issues raised by Plaintiffs' first and second motions to compel [71], [81], in the parties' 4/10/2017 Supplemental Joint Status Report [109], and during the hearing held on 4/14/2017 as set forth in the 4/26/2017 Order entered today. [See Order for details]Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.