Exhibit 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC., *et al*.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FCA US LLC, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

## PLAINTIFFS' SUPPLEMENTAL ANSWERS TO INTERROGATORY NUMBERS 2 AND 5 OF DEFENDANT'S FIRST SET OF INTERROGATORIES AND SUPPLEMENTAL DISCLOSURE REGARDING DAMAGES

Pursuant to this Court's Order of February 27, 2017 and Federal Rule of Civil Procedure 26(e)(1)(A), Plaintiffs hereby supplement their initial disclosure as well as their initial responses to Defendant's Interrogatory Numbers 2 and 5 contained in Defendant's First Set of Interrogatories:

## SUPPLEMENTAL ANSWER TO INTERROGATORY NUMBER 2

2.　　Identify the "Conspiring Dealers," "Non-Conspiring Dealers," and "Competing Dealers," referenced in the Amended Complaint, together with the paragraph or sub-paragraph in which they are referenced.

### SUPPLEMENTAL ANSWER:

Paragraph 9 of the Amended Complaint defines "Conspiring Dealers" as "[t]he dealers who conspire[d] with FCA to falsely report sales." Plaintiffs continue to object to this Interrogatory because FCA has not fully produced the documents and data necessary for Plaintiffs to completely answer this Interrogatory, and the information rests in the hands of FCA.

However, on information and belief based on the limited information available to Plaintiffs, the Conspiring Dealers currently known to Plaintiffs are identified in Exhibit A.

The term "Conspiring Dealers" is referenced in the Amended Complaint at paragraphs or sub-paragraphs 35, 36, 37, 38, 47, 48, 49, 50, 51, 55, 76, 77, 89, 110, 133, 143, 145, 149, 150, 152, 154, 160, 161, 166, 174, 192, 208, 225, and 241. In each of the foregoing paragraphs and sub-paragraphs except paragraphs 192, 208, 225, and 241, the use of the term "Conspiring Dealers" refers to the dealers identified in Exhibit A based on Plaintiffs' current knowledge. For the excepted paragraphs, the Conspiring Dealers are identified in Exhibit B.

Paragraph 31 of the Amended Complaint defines "Competing Dealers" as "CDJR dealers located in the markets in which Plaintiffs compete." Plaintiffs continue to object to this Interrogatory because FCA has not fully produced the documents and data necessary for Plaintiffs to completely answer this Interrogatory, and the information rests in the hands of FCA. However, on information and belief based on the limited information available to Plaintiffs, the Competing Dealers currently known to Plaintiffs are identified in Exhibit C.

The term "Competing Dealers" is referenced in the Amended Complaint at paragraphs or sub-paragraphs 31, 32, 91, 92, 93, 94, 95, 96, 98, 99, 100, 101, 102, 116, 117, 118, 119, 120, 124, 126, 127, 164, 166, 179, 191, and 226. In each of the foregoing paragraphs and sub-paragraphs except paragraphs 191 and 226, the use of the term "Competing Dealers" refers to the dealers identified in Exhibit C based on Plaintiffs' current knowledge. For the excepted paragraphs, the Competing Dealers are identified in Exhibit D.

## SUPPLEMENTAL DISCLOSURE AND
## ANSWER TO INTERROGATORY NUMBER 5

5.      Identify the amount in damages Plaintiffs claim to have suffered and the manner in which said amount was calculated, including but not limited to how many sales Plaintiffs allegedly lost as a result of the allegations in the Amended Complaint.

## SUPPLEMENTAL ANSWER:

Plaintiffs continue to object to responding to Rule 26(a)(1)(A)(iii) and to Interrogatory Number 5 of Defendant's First Set of Interrogatories regarding damages at this time because critical information necessary for Plaintiffs to identify and/or to calculate damages is in the hands of FCA. However, based on the information currently in Plaintiffs' possession, Plaintiffs can respond by identifying the categories of damages as follows:

Damages include profits that would have been earned but for Defendant's conduct, including, but not limited to, profits for lost retail sales of vehicles and related finance and insurance profits, lost profits from the resale of used vehicles which would have been taken in trade on the lost vehicle sales, lost potential sales to future customers who are either repeat customers or customers referred to Plaintiffs by customers, lost profits for accessories ordered by customers from the Plaintiffs and service charges to install those accessories, lost profits from warranty and non-warranty sales of service and parts for vehicle owners who tend to have their vehicles serviced at the same dealership where the vehicle was purchased, and lost incentive benefits, including lost VGP incentives and co-op advertising payments. The calculation of these categories of damages will be undertaken by Plaintiffs' expert using an appropriate regression or other econometric model once FCA fully produces the documents and data requested by Plaintiffs.

Dated: March 9, 2017

Respectfully submitted,

The Napleton Plaintiffs

By: /s/ David C. Gustman

David C. Gustman
Jeffery M. Cross
Alexander Vesselinovitch
Dylan Smith
David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dgustman@freeborn.com
jcross@freeborn.com
avesselinovitch@freeborn.com
dsmith@freeborn.com
dogles@freeborn.com

Jeannie Y. Evans
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
(708) 628-4949
jeannie@hbsslaw.com

Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com
toml@hbsslaw.com

## VERIFICATION

I, Bruce Etheridge, Chief Operating Officer for the Napleton Plaintiffs, hereby verify that Plaintiffs' supplemental answers to Interrogatory Numbers 2 and 5 of Defendant's First Set of Interrogatories are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 9, 2017                                   /s/ Bruce Etheridge
                                                       Bruce Etheridge
                                                       On behalf of the Napleton Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the foregoing *Plaintiffs' Supplemental Answers To Interrogatory Numbers 2 And 5 Of Defendant's First Set Of Interrogatories And Supplemental Disclosure Regarding Damages* on counsel of record via electronic mail on March 9, 2017.

                                                       /s/ Jeffery M. Cross

5

Exhibit A

Exhibit A – Conspiring Dealers Based On Information
and Belief With the Limited Information Available to Plaintiffs

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 44520 | SHERMAN DODGE CHRYSLER JEEP | Skokie | Chicago Central, IL (H095) | SKOKIE | IL |
| 66272 | NAPLETON'S NORTHWESTERN CHRYSLER | N. Western | Chicago Central, IL (H095) | CHICAGO | IL |
| 63515 | GLENDALE CHRYSLER JEEP DODGE RAM | Kirkwood | St. Louis, MO (K297) | GLENDALE | MO |
| 42824 | ROYAL GATE CHRYSLER DODGE JEEP | Ballwin | St. Louis, MO (K297) | ELLISVILLE | MO |
| 41458 | SOUTH COUNTY DODGE CHRYSLER JEEP | Mehlville | St. Louis, MO (K297) | ST. LOUIS | MO |

Exhibit B

Exhibit B – Conspiring Dealers Based On Information
and Belief With the Limited Information Available to Plaintiffs

Illinois

| Dealer Code | Dealer Name | TZ Name | SL Name | | | City | State |
|---|---|---|---|---|---|---|---|
| 44520 | SHERMAN DODGE CHRYSLER JEEP | Skokie | Chicago (H095) | Central, | IL | SKOKIE | IL |
| 66272 | NAPLETON'S NORTHWESTERN CHRYSLER | N. Western | Chicago (H095) | Central, | IL | CHICAGO | IL |

Missouri

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 63515 | GLENDALE CHRYSLER JEEP DODGE RAM | Kirkwood | St. Louis, MO (K297) | GLENDALE | MO |
| 42824 | ROYAL GATE CHRYSLER DODGE JEEP | Ballwin | St. Louis, MO (K297) | ELLISVILLE | MO |
| 41458 | SOUTH COUNTY DODGE CHRYSLER JEEP | Mehlville | St. Louis, MO (K297) | ST. LOUIS | MO |

Exhibit C

Exhibit C – Competing Dealers Based On Information
And Belief With the Limited Information Available to Plaintiffs

Plaintiff Napleton's Arlington Heights

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 26783 | ZEIGLER CHRYSLER DODGE JEEP, LLC | Schaumburg | Chicago North, IL (H096) | SCHAUMBURG | IL |
| 44520 | SHERMAN DODGE CHRYSLER JEEP | Skokie | Chicago Central, IL (H095) | SKOKIE | IL |
| 23578 | FIELDS CHRYSLER JEEP DODGE | Glenview | Chicago North, IL (H096) | NORTHFIELD | IL |
| 45445 | WICKSTROM CHRYSLER JEEP DODGE | Barrington | Chicago North, IL (H096) | BARRINGTON | IL |
| 23605 | LIBERTY CHRYSLER DODGE JEEP RAM | Libertyvil | Chicago North, IL (H096) | LIBERTYVILLE | IL |
| 67775 | CRYSTAL LAKE CHRYSLER-JEEP-DODGE | Crystal Lk | Chicago North, IL (H096) | CRYSTAL LAKE | IL |
| 26789 | MARINO CHRYSLER JEEP DODGE | Irving Park | Chicago Central, IL (H095) | CHICAGO | IL |
| 99999 | - | - | - | - | - |
| 68264 | FEENY CHRYSLER JEEP DODGE, INC. | Elgin | Chicago North, IL (H096) | ELGIN | IL |
| 45453 | ZEIGLER CHRYSLER DODGE JEEP - | Downers Grove | Chicago West, IL (H098) | DOWNERS GROVE | IL |
| 66272 | NAPLETON'S NORTHWESTERN CHRYSLER | N. Western | Chicago Central, IL (H095) | CHICAGO | IL |
| 36277 | LARRY ROESCH CHRYSLER-JEEP-DODGE, | Elmhurst | Chicago West, IL (H098) | ELMHURST | IL |
| 66804 | MANCARI'S CHRYSLER JEEP DODGE, | Oak Lawn | Chicago South, IL (H094) | OAK LAWN | IL |

| 42344 | GURNEE DODGE CHRYSLER JEEP | Gurnee | Chicago North, IL (H096) | GURNEE | IL |
| 45457 | NAPLETON'S RIVER OAKS CHRYSLER | Lansing | Chicago South, IL (H094) | LANSING | IL |
| 45126 | HAWK CHRYSLER DODGE JEEP | Oak Park | Chicago Central, IL (H095) | FOREST PARK | IL |
| 60394 | DUPAGE DODGE CHRYSLER JEEP, INC. | Glendale Hts | Chicago West, IL (H098) | GLENDALE HEIGHTS | IL |
| 99999 | CJDR OPEN POINT | W Mesa | Phoenix, AZ (Y133) | - | - |
| 45016 | ANTIOCH CHRYSLER DODGE JEEP | Antioch | ANTIOCH, IL (H021) | ANTIOCH | IL |
| 26951 | DUPAGE CHRYSLER DODGE JEEP RAM | Glendale Hts | Chicago West, IL (H098) | GLENDALE HEIGHTS | IL |
| 60439 | St Charles CDJ | St. Charles | Chicago West, IL (H098) | St Charles | IL |

Plaintiff Napleton's River Oaks

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 43720 | SOUTH OAK DODGE CHRYSLER JEEP | Chicago Heights | Chicago South, IL (H094) | MATTESON | IL |
| 66804 | MANCARI'S CHRYSLER JEEP DODGE, | Oak Lawn | Chicago South, IL (H094) | OAK LAWN | IL |
| 41850 | THOMAS DODGE-CHRYSLER-JEEP OF | Highland | Gary, IN (H191) | HIGHLAND | IN |
| 44334 | SOUTH CHICAGO DODGE CHRYSLER | Marquette Park | Chicago South, IL (H094) | CHICAGO | IL |
| 60428 | BETTENHAUSEN CHRYSLER JEEP | Orland Park | Chicago South, IL (H094) | ORLAND PARK | IL |
| 54982 | BETTENHAUSEN MOTOR SALES INC | Orland Park | Chicago South, IL (H094) | TINLEY PARK | IL |
| 44520 | SHERMAN DODGE CHRYSLER JEEP | Skokie | Chicago Central, IL (H095) | SKOKIE | IL |
| 08299 | BOSAK MOTORS OF MERRILLVILLE, LLC | Merrillville | Gary, IN (H191) | MERRILLVILLE | IN |
| 45126 | HAWK CHRYSLER DODGE JEEP | Oak Park | Chicago Central, IL (H095) | FOREST PARK | IL |

| 44187 | MIDWAY DODGE INC II | S. Archer | Chicago Central, IL (H095) | CHICAGO | IL |
|---|---|---|---|---|---|
| 99999 | - | - | - | - | - |
| 26789 | MARINO CHRYSLER JEEP DODGE | Irving Park | Chicago Central, IL (H095) | CHICAGO | IL |
| 99999 | CJDR OPEN POINT | W Mesa | Phoenix, AZ (Y133) | - | - |
| 60574 | BOBB AUTO GROUP, LLC | Cedar Lake | LOWELL, IN (H075) | CEDAR LAKE | IN |
| 45453 | ZEIGLER CHRYSLER DODGE JEEP - | Downers Grove | Chicago West, IL (H098) | DOWNERS GROVE | IL |
| 36277 | LARRY ROESCH CHRYSLER-JEEP-DODGE, | Elmhurst | Chicago Central, IL (H095) | ELMHURST | IL |

Plaintiff Napleton's Clermont

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 41383 | ORLANDO DODGE CHRYSLER JEEP | Orlando | Orlando, FL (W113) | ORLANDO | FL |
| 45091 | GREENWAY CHRYSLER-JEEP-DODGE, INC. | East Orlando | Orlando, FL (W113) | ORLANDO | FL |
| 60009 | CENTRAL FLORIDA CHRY JEEP DODGE | S Orlando | Orlando, FL (W113) | ORLANDO | FL |
| 60338 | AIRPORT CHRYSLER DODGE JEEP | Airport | Orlando, FL (W113) | ORLANDO | FL |
| 45155 | NAPLETON'S SOUTH ORLANDO | Kissimmee | Orlando, FL (W113) | KISSIMMEE | FL |
| 42539 | BILL BRYAN CHRYSLER DODGE JEEP INC | Leesburg | LEESBURG, FL (W089) | FRUITLAND PARK | FL |
| 44393 | ADVANTAGE CHRYSLER DODGE JEEP | Eustis | EUSTIS, FL (W051) | MT DORA | FL |
| 60522 | FIELDS CHRYSLER JEEP DODGE RAM | Sanford | Orlando, FL (W113) | SANFORD | FL |
| 99999 | - | - | - | - | - |
| 60524 | POSNER PARK CHRYSLER DODGE JEEP | Haines City | HAINES CITY, FL (W065) | DAVENPORT | FL |
| 60257 | LAKELAND MOTORS, LLC | Lakeland | LAKELAND, FL (W083) | LAKELAND | FL |
| 44155 | DODGE CHRYSLER JEEP OF WINTER | Winter Haven | WINTER HVN, FL (W169) | WINTER HAVEN | FL |

Plaintiff Napleton's Mid Rivers

| Dealer Code | Dealer Name | TZ Name | SL Name | | City | State |
|---|---|---|---|---|---|---|
| 26025 | *MID RIVERS CHRYSLER JEEP DODGE, | St Peters | St. Louis, (K297) | MO | SAINT PETERS | MO |
| 42283 | LOU FUSZ CHRYSLER JEEP DODGE | O'Fallon | St. Louis, (K297) | MO | O FALLON | MO |
| 42068 | ALL STAR DODGE CHRYSLER JEEP | St Ann | St. Louis, (K297) | MO | BRIDGETON | MO |
| 42824 | ROYAL GATE CHRYSLER DODGE JEEP | Ballwin | St. Louis, (K297) | MO | ELLISVILLE | MO |
| 45517 | CENTURY DODGE CHRYSLER JEEP | Wentzville | St. Louis, (K297) | MO | WENTZVILLE | MO |
| 63515 | GLENDALE CHRYSLER JEEP DODGE RAM | Kirkwood | St. Louis, (K297) | MO | GLENDALE | MO |
| 41458 | SOUTH COUNTY DODGE CHRYSLER JEEP | Mehlville | St. Louis, (K297) | MO | ST. LOUIS | MO |
| 41423 | MARTY CANCILA DODGE CHRYSLER JEEP | Florissant | St. Louis, (K297) | MO | FLORISSANT | MO |
| 99999 | - | - | - | | - | - |
| 60625 | Behlmann CDJR | Troy | TROY, MO (K315) | | Troy | MO |

Plaintiff Napleton's Ellwood City

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 44805 | BEAVER COUNTY DODGE CHRYSLER JEEP | Beaver | BEAVER, PA (F015) | BEAVER FALLS | PA |
| 64546 | *KASING AUTO SALES INC | Ellwd Cty | ELLWD CTY, PA (F097) | ELLWOOD CITY | PA |
| 26762 | RON LEWIS CHRYSLER DODGE JEEP RAM | Cranberry Twp | Pittsburgh, PA (F257) | CRANBERRY TWP | PA |

| 44530 | DIEHL CHRYSLER JEEP DODGE | Butler | BUTLER, PA (F043) | BUTLER | PA |
|---|---|---|---|---|---|
| 60552 | EDDY ESPOSITO CHRYSLER DODGE JEEP | New Castle | NEW CASTLE, PA (F229) | NEW CASTLE | PA |
| 45114 | COLUMBIANA CHRYSLER JEEP DODGE | Columbiana | COLUMBIANA, OH (F071) | COLUMBIANA | OH |
| 26731 | SCHEIDEMANTLE MOTORS | Sharon | SHARON, PA (F292) | HERMITAGE | PA |
| 26918 | PRESTON CHRYSLER DODGE JEEP RAM | New Castle | NEW CASTLE, PA (F229) | NEW CASTLE | PA |
| 68153 | KELLYCARS, INC. | Coraopolis | Pittsburgh, PA (F257) | CORAOPOLIS | PA |
| 60484 | JIM SHORKEY CHRYSLER DODGE JEEP | Irwin | Pittsburgh, PA (F257) | NORTH HUNTINGDON | PA |
| 27090 | Carright CDJR | Coraopolis | Pittsburgh, PA (F257) | Coraopolis | PA |

Plaintiff Napleton's Northlake

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 43864 | ARRIGO DODGE CHRYSLER JEEP RAM | W Palm Beach | Palm Beach, FL (W171) | WEST PALM BEACH | FL |
| 26797 | WALLACE CHRYSLER JEEP DODGE RAM | Stuart | STUART, FL (W139) | STUART | FL |
| 60404 | DELRAY DODGE CHRYSLER JEEP | Delray Beach | Palm Beach, FL (W171) | DELRAY BEACH | FL |
| 60444 | CHRYSLER JEEP DODGE OF NORTH | Pompano Beach | Ft Lauderdale-Browar (W055) | POMPANO BEACH | FL |
| 99999 | - | - | - | - | - |
| 45547 | ARRIGO DODGE CHRYSLER JEEP RAM | Ft Pierce | FT PIERCE, FL (W059) | FORT PIERCE | FL |
| 45346 | ROB LAMBDIN'S UNIVERSITY DODGE | Hollywood | Ft Lauderdale-Browar (W055) | DAVIE | FL |
| 45426 | ARRIGO DODGE CHRYSLER JEEP RAM | Sunrise | Ft Lauderdale-Browar (W055) | TAMARAC | FL |
| 60444 | JOEY ACCARDI CHRYSLER DODGE JEEP | Pompano Beach | Ft Lauderdale (W055) | POMPANO BEACH | FL |
| 99999 | CJDR OPEN POINT | W Mesa | Phoenix, AZ (Y133) | - | - |

| 44940 | AUTONATION CHRYSLER DODGE JEEP | Pembroke Pines | Ft Lauderdale (W055) | PEMBROKE PINES | FL |
| 60619 | Schumacher CDJR Delray | Delray Beach | Palm Beach, FL (W171) | Delray Beach | FL |

Plaintiff Napleton's South Orlando

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
| --- | --- | --- | --- | --- | --- |
| 60009 | CENTRAL FLORIDA CHRY JEEP DODGE | S Orlando | Orlando, FL (W113) | ORLANDO | FL |
| 60338 | AIRPORT CHRYSLER DODGE JEEP | Airport | Orlando, FL (W113) | ORLANDO | FL |
| 45091 | GREENWAY CHRYSLER-JEEP-DODGE, INC. | East Orlando | Orlando, FL (W113) | ORLANDO | FL |
| 41383 | ORLANDO DODGE CHRYSLER JEEP | Orlando | Orlando, FL (W113) | ORLANDO | FL |
| 45501 | NAPLETON'S CLERMONT CHRYSLER JEEP | Clermont | Orlando, FL (W113) | CLERMONT | FL |
| 44155 | DODGE CHRYSLER JEEP OF WINTER | Winter Haven | WINTER HVN, FL (W169) | WINTER HAVEN | FL |
| 60524 | POSNER PARK CHRYSLER DODGE JEEP | Haines City | HAINES CITY, FL (W065) | DAVENPORT | FL |
| 99999 | - | - | - | - | - |
| 60522 | FIELDS CHRYSLER JEEP DODGE RAM | Sanford | Orlando, FL (W113) | SANFORD | FL |
| 99999 | CJDR OPEN POINT | W Mesa | Phoenix, AZ (Y133) | - | - |
| 41874 | BONIFACE-HIERS CHRYSLER DODGE JEEP | Cocoa | COCOA, FL (W033) | MERRITT ISLAND | FL |
| 45632 | LAKE WALES CHRYSLER DODGE JEEP RAM | Lake Wales | LAKE WALES, FL (W085) | LAKE WALES | FL |
| 60257 | LAKELAND MOTORS, LLC | Lakeland | LAKELAND, FL (W083) | LAKELAND | FL |
| 45399 | COURTESY CHRYSLER-JEEP-DODGE | Brandon | Tampa, FL (W145) | TAMPA | FL |

Exhibit D

Exhibit D – Competing Dealers Based On Information
And Belief With the Limited Information Available to Plaintiffs

Illinois

Plaintiff Napleton's Arlington Heights

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 26783 | ZEIGLER CHRYSLER DODGE JEEP, LLC | Schaumburg | Chicago North, IL (H096) | SCHAUMBURG | IL |
| 44520 | SHERMAN DODGE CHRYSLER JEEP | Skokie | Chicago Central, IL (H095) | SKOKIE | IL |
| 23578 | FIELDS CHRYSLER JEEP DODGE | Glenview | Chicago North, IL (H096) | NORTHFIELD | IL |
| 45445 | WICKSTROM CHRYSLER JEEP DODGE | Barrington | Chicago North, IL (H096) | BARRINGTON | IL |
| 23605 | LIBERTY CHRYSLER DODGE JEEP RAM | Libertyvil | Chicago North, IL (H096) | LIBERTYVILLE | IL |
| 67775 | CRYSTAL LAKE CHRYSLER-JEEP-DODGE | Crystal Lk | Chicago North, IL (H096) | CRYSTAL LAKE | IL |
| 26789 | MARINO CHRYSLER JEEP DODGE | Irving Park | Chicago Central, IL (H095) | CHICAGO | IL |
| 99999 | - | - | - | - | - |
| 68264 | FEENY CHRYSLER JEEP DODGE, INC. | Elgin | Chicago North, IL (H096) | ELGIN | IL |
| 45453 | ZEIGLER CHRYSLER DODGE JEEP - | Downers Grove | Chicago West, IL (H098) | DOWNERS GROVE | IL |
| 66272 | NAPLETON'S NORTHWESTERN CHRYSLER | N. Western | Chicago Central, IL (H095) | CHICAGO | IL |
| 36277 | LARRY ROESCH CHRYSLER-JEEP-DODGE, | Elmhurst | Chicago West, IL (H098) | ELMHURST | IL |

| 66804 | MANCARI'S CHRYSLER JEEP DODGE, | Oak Lawn | Chicago South, IL (H094) | OAK LAWN | IL |
|---|---|---|---|---|---|
| 42344 | GURNEE DODGE CHRYSLER JEEP | Gurnee | Chicago North, IL (H096) | GURNEE | IL |
| 45457 | NAPLETON'S RIVER OAKS CHRYSLER | Lansing | Chicago South, IL (H094) | LANSING | IL |
| 45126 | HAWK CHRYSLER DODGE JEEP | Oak Park | Chicago Central, IL (H095) | FOREST PARK | IL |
| 60394 | DUPAGE DODGE CHRYSLER JEEP, INC. | Glendale Hts | Chicago West, IL (H098) | GLENDALE HEIGHTS | IL |
| 99999 | CJDR OPEN POINT | W Mesa | Phoenix, AZ (Y133) | - | - |
| 45016 | ANTIOCH CHRYSLER DODGE JEEP | Antioch | ANTIOCH, IL (H021) | ANTIOCH | IL |
| 26951 | DUPAGE CHRYSLER DODGE JEEP RAM | Glendale Hts | Chicago West, IL (H098) | GLENDALE HEIGHTS | IL |
| 60439 | St Charles CDJ | St. Charles | Chicago West, IL (H098) | St Charles | IL |

Plaintiff Napleton's River Oaks

| Dealer Code | Dealer Name | TZ Name | SL Name | City | State |
|---|---|---|---|---|---|
| 43720 | SOUTH OAK DODGE CHRYSLER JEEP | Chicago Heights | Chicago South, IL (H094) | MATTESON | IL |
| 66804 | MANCARI'S CHRYSLER JEEP DODGE, | Oak Lawn | Chicago South, IL (H094) | OAK LAWN | IL |
| 41850 | THOMAS DODGE-CHRYSLER-JEEP OF | Highland | Gary, IN (H191) | HIGHLAND | IN |
| 44334 | SOUTH CHICAGO DODGE CHRYSLER | Marquette Park | Chicago South, IL (H094) | CHICAGO | IL |
| 60428 | BETTENHAUSEN CHRYSLER JEEP | Orland Park | Chicago South, IL (H094) | ORLAND PARK | IL |
| 54982 | BETTENHAUSEN MOTOR SALES INC | Orland Park | Chicago South, IL (H094) | TINLEY PARK | IL |
| 44520 | SHERMAN DODGE CHRYSLER JEEP | Skokie | Chicago Central, IL (H095) | SKOKIE | IL |
| 08299 | BOSAK MOTORS OF MERRILLVILLE, LLC | Merrillville | Gary, IN (H191) | MERRILLVILLE | IN |

| 45126 | HAWK CHRYSLER DODGE JEEP | Oak Park | Chicago (H095) | Central, | IL | FOREST PARK | IL |
| 44187 | MIDWAY DODGE INC II | S. Archer | Chicago (H095) | Central, | IL | CHICAGO | IL |
| 99999 | - | - | - | | | - | - |
| 26789 | MARINO CHRYSLER JEEP DODGE | Irving Park | Chicago (H095) | Central, | IL | CHICAGO | IL |
| 99999 | CJDR OPEN POINT | W Mesa | Phoenix, AZ (Y133) | | | - | - |
| 60574 | BOBB AUTO GROUP, LLC | Cedar Lake | LOWELL, IN (H075) | | | CEDAR LAKE | IN |
| 45453 | ZEIGLER CHRYSLER DODGE JEEP - | Downers Grove | Chicago West, IL (H098) | | | DOWNERS GROVE | IL |
| 36277 | LARRY ROESCH CHRYSLER-JEEP-DODGE, | Elmhurst | Chicago (H095) | Central, | IL | ELMHURST | IL |

Missouri

Plaintiff Napleton's Mid Rivers

| Dealer Code | Dealer Name | TZ Name | SL Name | | City | State |
| --- | --- | --- | --- | --- | --- | --- |
| 26025 | *MID RIVERS CHRYSLER JEEP DODGE, | St Peters | St. Louis, (K297) | MO | SAINT PETERS | MO |
| 42283 | LOU FUSZ CHRYSLER JEEP DODGE | O'Fallon | St. Louis, (K297) | MO | O FALLON | MO |
| 42068 | ALL STAR DODGE CHRYSLER JEEP | St Ann | St. Louis, (K297) | MO | BRIDGETON | MO |
| 42824 | ROYAL GATE CHRYSLER DODGE JEEP | Ballwin | St. Louis, (K297) | MO | ELLISVILLE | MO |
| 45517 | CENTURY DODGE CHRYSLER JEEP | Wentzville | St. Louis, (K297) | MO | WENTZVILLE | MO |
| 63515 | GLENDALE CHRYSLER JEEP DODGE RAM | Kirkwood | St. Louis, (K297) | MO | GLENDALE | MO |

| 41458 | SOUTH COUNTY DODGE CHRYSLER JEEP | Mehlville | St. Louis, MO (K297) | ST. LOUIS | MO |
| 41423 | MARTY CANCILA DODGE CHRYSLER JEEP | Florissant | St. Louis, MO (K297) | FLORISSANT | MO |
| 99999 | - | - | - | - | - |
| 60625 | Behlmann CDJR | Troy | TROY, MO (K315) | Troy | MO |