UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>FCA US LLC, a Delaware corporation<br><br>        Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, May 24, 2017 at 10:30 AM, FCA US LLC, by its counsel, shall appear before the Honorable Sheila M. Finnegan in Courtroom 2214 of the Northern District of Illinois, Eastern Division, United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois, 60604, to present **FCA'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO FCA'S SECOND SET OF INTERROGATORIES**.

Dated: May 19, 2017

Respectfully submitted,

*/s/ Robert Cultice*

*Of Counsel*:

Robert D. Cultice *(admitted pro hac vice)*
Felicia H. Ellsworth *(admitted pro hac vice)*
Caitlin W. Monahan *(admitted pro hac vice)*
Michael J. Horrrell *(admitted pro hac vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
robert.cultice@wilmerhale.com
felicia.ellsworth@wilmerhale.com
caitlin.monahan@wilmerhale.com
michael.horrell@wilmerhale.com

Randall L. Oyler
Owen H. Smith
Brandon C. Prosansky
Katherine A. Neville
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(318) 984-3100
randalloyler@bfkn.com
owen.smith@bfkn.com
brandon.prosansky@bfkn.com
katie.neville@bfkn.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that this document filed through the CM/ECF system will be served upon counsel for Plaintiffs electronically through the CM/ECF system on May 19, 2017.

                                          */s/ Robert D. Cultice*
                                          Robert D. Cultice *(admitted pro hac vice)*
                                          WILMER CUTLER PICKERING HALE AND DORR LLP
                                          60 State Street
                                          Boston, MA 02109
                                          Tel: (617) 526-6000
                                          Fax: (617) 526-5000
                                          robert.cultice@wilmerhale.com