# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 1:16-cv-0403-VMK-SMF<br>)<br>) Hon. Sheila Finnegan |
| FCA US, LLC, *et al.*, | )<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:    Counsel of Record

PLEASE TAKE NOTICE that on Thursday, May 25, 2017 at 9:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Sheila Finnegan, or any Judge sitting in her stead, in Courtroom 2214 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and will then and there present *Plaintiffs' Motion To Set Deadlines For Production Of Documents And To Compel Production Of Documents Relating To Sales Reporting To The Public*, a copy of which was filed electronically on May 19, 2017 and is available on the Court's docket.

| | |
|---|---|
| Dated: May 19, 2017 | Respectfully submitted, |
| | The Napleton Plaintiffs |
| | By: /s/ Jeannie Y. Evans |
| | Jeannie Y. Evans<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 N. Cityfront Plaza<br>Suite 2410<br>Chicago, IL 60611<br>(708) 628-4966<br>jeannie@hbsslaw.com |
| | Steve W. Berman<br>Thomas E. Loeser<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 8th Avenue<br>Suite 3300<br>Seattle, WA 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br>toml@hbsslaw.com |
| | David C. Gustman<br>Jeffery M. Cross<br>Alexander Vesselinovitch<br>Dylan Smith<br>David J. Ogles<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>(312) 360-6000<br>dgustman@freeborn.com<br>jcross@freeborn.com<br>avesselinovitch@freeborn.com<br>dsmith@freeborn.com<br>dogles@freeborn.com |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she caused the foregoing *Notice of Motion* to be served on counsel of record via the Court's ECF system on May 19, 2017.

/s/ Jeannie Y. Evans