# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:16−cv−00403

　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

FCA US LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Status and motion hearing held on 5/24/2017. The Court will issue a written order in the coming days reflecting its rulings in connection with Defendant FCA's Motion to Compel Plaintiffs' Responses to FCA's Second Set of Interrogatories [118] and Plaintiffs' Motion to Set Deadlines for Production of Documents and to Compel Production of Documents Relating to Sales Reporting to the Public [120]. Because the Court has sufficient information regarding these motions, no additional briefing shall be filed in connection with them. FCA's Motion for Leave to File the Declaration of Michael J. Horrell Under Seal [122] is granted. The hearing on Plaintiffs' motion to compel noticed for 5/25/2017 at 9:15 a.m. [121] is stricken. A status hearing is set for 7/11/2017 at 10:45 a.m.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.