# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                Plaintiff,

v.

FCA US LLC, et al.

                Defendant.

Case No.: 1:16–cv–00403

Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 30, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan: Defendant FCA's Motion to Compel Plaintiffs' Responses to FCA's Second Set of Interrogatories [118] and Plaintiffs' Motion to Set Deadlines for Production of Documents and to Compel Production of Documents Relating to Sales Reporting to the Public [120] are each granted in part and denied in part as stated in the May 30, 2017 Order entered separately. [See Order for details]Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.