UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>FCA US LLC, a Delaware corporation<br><br>       Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

**FCA'S MOTION FOR LEAVE TO FILE FCA'S MOTION TO LIMIT THE SCOPE OF DISCOVERY UNDER RULE 26 UNDER SEAL**

Pursuant to Civil Local Rules 5.8 and 26.2, Defendant, FCA US LLC ("FCA"), moves this Honorable Court for leave to file under seal FCA's Motion to Limit the Scope of Discovery Under Rule 26 ("Discovery Motion").

**ARGUMENT**

A document may be filed under seal for "good cause." Local Rule 26.2; *see Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999) (public interest in judicial proceedings can be overridden if privacy interests "predominate in the particular case, that is, only if there is good cause for sealing a part or the whole of the record in that case"). To show "good cause," a party seeking a sealing order must "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations." *See Strait v. Belcan Eng'g Grp., Inc.*, 2012 WL 2277903, at *1 (N.D. Ill. June 18, 2012) (quoting *Baxter Int'l, Inc. v. Abbott Labs.*, 297 F.3d 544, 548 (7th Cir. 2002)). Documents containing a "properly demarcated category of legitimately confidential information . . . are entitled to be kept secret and out of the public record." *Solaia Tech. LLC v. Arvinmeritor, Inc.*, 2004 WL 549449, at *1 (N.D. Ill. Jan. 28, 2004) (citations omitted) (internal quotations omitted).

FCA has provisionally filed its Discovery Motion under seal, and at the same time, filed a redacted public version of this document. *See* Local Rule 26.2(c). Many redacted portions of the Discovery Motion contain information regarding ongoing government investigations or from which it is possible to derive information about the ongoing government investigations, which this Court has recognized are non-public. *See* Dkt. No. 114 at 12 ("Government investigations are not public and remain that way until and unless claims or charges are filed or the investigations are closed."); *see also John Doe Co. No. 1 v. Consumer Fin. Prot. Bureau*, 195 F. Supp. 3d 9, 13 (D.D.C. 2016). Such information has previously been filed under seal in this

matter.  Dkt. 132 (Motion to Seal Joint Status Report and Declaration of Michael J. Horrell), Dkt. 135 (filed under seal), Dkt. 143 (granting motion to seal).  Additional redacted portions of the Discovery Motion reference information concerning sensitive business and financial information of non-party franchise motor vehicle dealers that was produced by FCA as Highly Confidential pursuant to the Confidentiality Order in this case and was previously filed under seal by Plaintiffs.  Dkts. 139, 140, 143.  Therefore, FCA respectfully requests that the Court grant this motion and enter an order giving leave to FCA to file under seal FCA's Motion to Limit the Scope of Discovery Under Rule 26.

Dated: August 17, 2017

Respectfully submitted,

*/s/ Robert D. Cultice*

*Of Counsel*:

Robert D. Cultice *(admitted pro hac vice)*
Felicia H. Ellsworth *(admitted pro hac vice)*
Caitlin W. Monahan *(admitted pro hac vice)*
Michael J. Horrell *(admitted pro hac vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
robert.cultice@wilmerhale.com
felicia.ellsworth@wilmerhale.com
caitlin.monahan@wilmerhale.com
michael.horrell@wilmerhale.com

Randall L. Oyler
Owen H. Smith
Brandon C. Prosansky
Katherine A. Neville
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 West Madison Street
Suite 3900
Chicago, IL 60606
(318) 984-3100

                randalloyler@bfkn.com
                owen.smith@bfkn.com
                brandon.prosansky@bfkn.com
                katie.neville@bfkn.com

***Attorneys for Defendant FCA US LLC***

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be served upon counsel for Plaintiffs electronically via the CM/ECF system on August 17, 2017.

      /s/ *Robert D. Cultice*
Robert D. Cultice *(admitted pro hac vice)*
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
robert.cultice@wilmerhale.com