UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, a Delaware corporation, <br><br> Defendant. | No. 1:16-cv-00403-VMK-SMF <br><br> Hon. Sheila Finnegan |

**PLAINTIFFS' MOTION TO COMPEL FCA'S PRODUCTION OF DOCUMENTS IN UNREDACTED FORM AND DISCLOSURE OF IDENTITIES <u>OF WITNESSES REFERENCED IN THE DOCUMENTS</u>**

*MOTION TO FILE UNDER SEAL PENDING*

Dated: January 24, 2018

Respectfully submitted,

The Napleton Plaintiffs

By: */s/ Jeannie Evans*_____

Jeannie Y. Evans
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
jeannie@hbsslaw.com

Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue
Suite 3300

1

        Seattle, WA 98101
        (206) 623-7292
        steve@hbsslaw.com
        toml@hbsslaw.com

        David C. Gustman
        Jeffery M. Cross
        Alexander Vesselinovitch
        Dylan Smith
        David J. Ogles
        FREEBORN & PETERS LLP
        311 S. Wacker Drive, Suite 3000
        Chicago, IL 60606
        (312) 360-6000
        dgustman@freeborn.com
        jcross@freeborn.com
        avesselinovitch@freeborn.com
        dsmith@freeborn.com
        dogles@freeborn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document will be served upon counsel of record electronically through the CM/ECF system on January 24, 2018.

        */s/ Jeannie Evans*
        Jeannie Y. Evans