# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                                      Plaintiff,

v.                                          Case No.: 1:16−cv−00403

                                          Honorable Virginia M. Kendall

FCA US LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2018:

      MINUTE entry before the Honorable Sheila M. Finnegan: Status and motion hearing held on 1/25/2018 regarding issues raised in the parties' 1/23/2018 Joint Status Report ("JSR") [206], Plaintiffs' Motion to Compel [208], and Plaintiffs' Motion for Leave to File Documents Under Seal [210]. Regarding the issues raised in the parties' 1/23/2018 JSR [206], the Court Orders the following: (1) the parties shall exchange privilege logs by 2/6/2018; (2) the parties shall file any remaining motions to compel by 2/22/2018, subject to a motion to reconsider that deadline for good cause; (3) based on the parties' report that they have resolved their dispute regarding FCA's confidentiality designations of certain Internal Investigation documents, Plaintiffs will not file a motion to de−designate those documents, but may seek further de−designation of such documents at a later time for good cause; and (4) the parties shall confer regarding the number of fact witness depositions to be taken by each side, and shall file a JSR reporting any such agreement or stating their respective positions on that issue by 2/2/2018. Regarding Plaintiff's Motion to Compel [208], the Court orders the following: (1) Defendant FCA is granted until 1/30/2018 at 2 p.m. to file a response in opposition to the motion or advise the parties and the Court's Courtroom Deputy that the motion is unopposed; (2) if (and only if) the motion is opposed, the Court will conduct a telephone hearing on 1/30/2018 at 4:30 p.m. (the 9:15 a.m. hearing noticed for the motion [209] is canceled), at which time the Court will issue its ruling or request a reply from Plaintiffs, if needed; and (3) no other briefing or materials supporting or opposing the motion shall be filed. Documents [212] and [213] filed in connection with Plaintiff's Motion to Compel [208] are stricken for the reasons stated on the record, and the Court Clerk will be directed to remove those documents from the case docket. Plaintiffs' Motion for Leave to File Documents Under Seal [210] is denied as moot, and the 9:15 hearing noticed for that motion [211] is cancelled, as well. To join the 1/30/2018 telephone hearing (if that hearing is conducted), dial 877−336−1831; use Access Code 5995354; and press #.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.