**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation, <br><br>      Plaintiffs, <br><br>  v. <br><br> FCA US LLC, a Delaware corporation, <br><br>      Defendant. | Case No. 1:16-cv-00403-VMK-SMF |

**JOINT STIPULATION REGARDING PROTECTED DOCUMENTS**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, by and among the parties hereto, through their undersigned counsel, that the following provisions shall govern the use of unredacted versions of the documents at FCA_Napleton_00037499-664 and FCA_Napleton_00069007-34 (to be reproduced in unredacted form at FCA_Napleton_00089330-523).

1. Plaintiffs will not show unredacted versions or disclose the redacted content of the aforementioned documents during any deposition, including any deposition of any employee of FCA US LLC ("FCA"), without providing advance notice of at least four (4) business days to counsel for FCA.

2. The treatment of these documents is otherwise governed by the terms of the Agreed Confidentiality Order (Dkt. 88) ("ACO"). Other than as provided in paragraph 1 of this Joint Stipulation, the obligations of the parties under the ACO with regard to the aforementioned documents are unchanged.

3. By entering into this stipulation, Plaintiffs do not agree that FCA's confidentiality designations are proper, and Plaintiffs reserve their rights to challenge those designations at a later time as needed. But Plaintiffs will treat the documents according to FCA's current designations until the Court may order otherwise.

Dated: January 30, 2018

                                  Respectfully submitted,

| FCA US LLC | The Napleton Plaintiffs |
|---|---|
| By: /s/ *Robert D. Cultice*<br>*Of Counsel*: | By: /s/ *Jeannie Y. Evans* |
| Robert D. Cultice *(admitted pro hac vice)*<br>Felicia H. Ellsworth *(admitted pro hac vice)*<br>Caitlin W. Monahan *(admitted pro hac vice)*<br>Michael J. Horrell *(admitted pro hac vice)*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>robert.cultice@wilmerhale.com<br>felicia.ellsworth@wilmerhale.com<br>caitlin.monahan@wilmerhale.com<br>michael.horrell@wilmerhale.com | Jeannie Y. Evans<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 N. Cityfront Plaza Drive, Suite 2410<br>Chicago, Illinois 60611<br>Telephone: (708) 628-4949<br>Facsimile: (708) 628-4950<br>jeannie@hbsslaw.com |
| | Steve W. Berman<br>Thomas E. Loeser<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 8th Avenue<br>Suite 3300<br>Seattle, WA 98101<br>(206) 623-7292<br>steve@hbsslaw.com<br>toml@hbsslaw.com |
| Randall L. Oyler<br>Owen H. Smith<br>Brandon C. Prosansky<br>Katherine A. Neville<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>200 West Madison Street<br>Suite 3900<br>Chicago, IL 60606<br>(318) 984-3100<br>randall.oyler@bfkn.com<br>owen.smith@bfkn.com<br>brandon.prosansky@bfkn.com<br>katie.neville@bfkn.com | David C. Gustman<br>Jeffery M. Cross<br>Alexander Vesselinovitch<br>Dylan Smith<br>David J. Ogles<br>FREEBORN & PETERS LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>(312) 360-6000<br>dgustman@freeborn.com<br>jcross@freeborn.com<br>avesselinovitch@freeborn.com<br>dsmith@freeborn.com<br>dogles@freeborn.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be served upon counsel for Plaintiffs electronically via the CM/ECF system on January 30, 2018.

                                                 */s/ Robert D. Cultice*