# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Napleton's Arlington Heights Motors, Inc., et al.

                              Plaintiff,

v.                                   Case No.: 1:16−cv−00403

                                   Honorable Virginia M. Kendall

FCA US LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 21, 2018:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 3/21/2018. Plaintiffs' Motion for leave to amend RICO Counts in the Complaint [222] is granted. Parties are to file position papers regarding Discovery on or before 3/29/2018. End of Fact Discovery extended and ordered closed by 6/1/2018. Dispositive Motions with supporting memoranda shall be filed by 4/4/2018. Response due by 4/18/2018. Reply due by 4/25/2018. Status hearing set for 6/4/2018 at 9:00 AM. Plaintiffs' Motion to provisionally seal second amended Complaint [224] is referred to Magistrate Judge Finnegan. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.