**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. f/k/a NAPLETON'S PALATINE MOTORS, INC. d/b/a NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S RIVER OAKS MOTORS, INC. d/b/a NAPLETON'S RIVER OAKS CHRYSLER DODGE JEEP RAM, an Illinois corporation; CLERMONT MOTORS, LLC d/b/a NAPLETON'S CLERMONT CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S NORTH PALM AUTO PARK, INC. d/b/a NAPLETON'S NORTHLAKE CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON ENTERPRISES, LLC d/b/a NAPLETON'S SOUTH ORLANDO CHRYSLER DODGE JEEP RAM, an Illinois limited liability company; NAPLETON'S MID RIVERS MOTORS, INC. d/b/a NAPLETON'S MID RIVERS CHRYSLER DODGE JEEP RAM, an Illinois corporation; NAPLETON'S ELLWOOD MOTORS, INC. d/b/a NAPLETON'S ELLWOOD CHRYSLER DODGE JEEP RAM, an Illinois corporation, <br><br>      Plaintiffs, <br><br>  v. <br><br> FCA US LLC, a Delaware corporation, <br><br>      Defendant. | Case No. 1:16-cv-00403-VMK-SRH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the above-captioned plaintiffs ("Napleton Plaintiffs") commenced this action against defendant FCA US LLC ("FCA") on January 12, 2016.

WHEREAS, on March 26, 2019, the Napleton Plaintiffs and FCA agreed to resolve all claims in this dispute, and wish to jointly dismiss this action with prejudice.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that all claims by any party in the action *Napleton's Arlington Heights Motors, Inc., et al. v. FCA US LLC*, No. 1:16-cv-00403-VMK-SRH (N.D Ill.) be dismissed with prejudice, each party to bear its own fees and costs.

Dated: April 2, 2019                                    Respectfully submitted,

| For FCA US LLC: | For Napleton Plaintiffs: |
|---|---|
| By: */s/ Robert D. Cultice* | By: */s/ Jeannie Y. Evans* |
| Robert D. Cultice *(admitted pro hac vice)* | Jeannie Y. Evans |
| Felicia H. Ellsworth *(admitted pro hac vice)* | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Tasha J. Bahal *(admitted pro hac vice)* | 455 N. Cityfront Plaza Drive, Suite 2410 |
| Caitlin W. Monahan *(admitted pro hac vice)* | Chicago, Illinois 60611 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Telephone: (708) 628-4949 |
| 60 State Street | Facsimile: (708) 628-4950 |
| Boston, MA 02109 | jeannie@hbsslaw.com |
| (617) 526-6000 | |
| robert.cultice@wilmerhale.com | Steve W. Berman |
| felicia.ellsworth@wilmerhale.com | Thomas E. Loeser |
| tasha.bahal@wilmerhale.com | HAGENS BERMAN SOBOL SHAPIRO LLP |
| caitlin.monahan@wilmerhale.com | 1918 8th Avenue |
| | Suite 3300 |
| Randall Oyler | Seattle, WA 98101 |
| Charles E. Harper | (206) 623-7292 |
| Thomas J. McDonell | steve@hbsslaw.com |

Quarles & Brady LLP
300 N. LaSalle Street
Suite 4000
Chicago, IL 60654
(312) 715-5000
randall.oyler@quarles.com
charles.harper@quarles.com
thomas.mcdonell@quarles.com

toml@hbsslaw.com

David C. Gustman
Jeffery M. Cross
Alexander Vesselinovitch
Dylan Smith
David J. Ogles
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
dgustman@freeborn.com
jcross@freeborn.com
avesselinovitch@freeborn.com
dsmith@freeborn.com
dogles@freeborn.com